# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.   22-53224 |
| **Sonya Denise Daniels,** | ) | Chapter 7 |
| | ) | Judge Hoffman |
| | ) | |
| Debtor. | ) | |

___

| | | |
|---|---|---|
| **Sonya Denise Daniels,** | ) | |
| | ) | Adv. Pro. No. 23-2051 |
| v. | ) | |
| | ) | |
| **United States of America**, | ) | |

## STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER

Plaintiff has filed the instant complaint seeking to discharge her student loan debt owed to the United States Department of Education.   The relevant summons was issued on November 16, 2023.   The time for the United States of America, on behalf of the United States Department of Education, to file an answer expires on December 21, 2023.   The parties are in agreement that the United States shall be allowed a 21-day extension to file an answer or responsive pleading to the complaint, up to and including **January 11, 2024.**

AGREED:

KENNETH L. PARKER
United States Attorney

/s/ Bethany J Hamilton_____
BETHANY J. HAMILTON (0075139)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715 / Fax: (614) 469-5240
Email: bethany.hamilton@usdoj.gov
Attorney for US Department of Education

/s/ Sondra O Bryson
SONDRA O. BRYSON
1108 City Park Ave., Suite 100
Columbus, Ohio 43206
(614) 224-8374 (phone)
(614) 224-4514 (fax)
Email: sbryson@seols.org
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 18, 2023, service of the foregoing was made by electronic filing with the Clerk of the United States Bankruptcy Court, using the CM/ECF system, which will send notification of such filing to the parties listed below:

Sondra O, Bryson, Attorney for Plaintiff

                                       /s/ Bethany J Hamilton
                                       Bethany J. Hamilton (0075139)
                                       Assistant United States Attorney