UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22-53224 |
| **Sonya Denise Daniels,** | ) | Chapter 7 |
| | ) | Judge Hoffman |
| Debtor. | ) | |

| | | |
|---|---|---|
| **Sonya Denise Daniels,** | ) | |
| | ) | Adv. Pro. No. 23-2051 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **United States Department of Education,** | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES OF AMERICA'S ANSWER TO
### COMPLAINT TO DETERMINE DISCHARGEABILITY

Defendant, the United States of America, on behalf of the United States Department of Education ("Defendant"), respectfully answers the Complaint as follows:

1. Defendant admits the allegations set forth in paragraphs 1 through 7 of the Complaint.

2. Defendant denies the allegations set forth in paragraphs 8 through 15 of the Complaint for lack of knowledge.

3. In responding to paragraph 16 of the Complaint, Defendant's records show that Plaintiff Sonya Denise Daniels ("Plaintiff"), has eight loans with Defendant. Two of the eight loans originated after the bankruptcy filing, on or about May 12, 2023, and would be classified as post-petition debts. Defendant denies the remaining allegations contained in paragraph 16 of

1

the Complaint.

4. Defendant denies the allegations set forth in paragraphs 17 through 19 of the Complaint for lack of knowledge.

5. In responding to paragraph 20 of the Complaint, Defendant incorporates its responses to paragraphs 1 through 19 as if fully rewritten herein.

6. Defendant denies the allegations set forth in paragraphs 21 through 28 of the Complaint.

7. Defendant denies generally each and every allegation of the Complaint not herein specifically admitted, qualified, or denied herein.

## AFFIRMATIVE DEFENSES

1. Plaintiff failed to serve her Complaint on Defendant as prescribed by Rule 7004 of the Federal Rules of Bankruptcy Procedure.

2. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## STATEMENT REGARDING ENTRY OF FINAL ORDERS

In accordance with Rule 7008 of the Federal Rules of Bankruptcy Procedure, Defendant consents to entry of final orders and judgment by the Bankruptcy Court.

WHEREFORE, Defendant herein demands that the Complaint be dismissed at Plaintiff's cost and requests this Court make a determination that the student loans owed to Defendant are not dischargeable.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

/s/ Bethany J. Hamilton
BETHANY J. HAMILTON (0075139)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Phone: (614) 469-5715
Fax: (614) 469-5240
Email: bethany.hamilton@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 11, 2024, service of the foregoing was made by electronic filing with the Clerk of the United States Bankruptcy Court, using the CM/ECF system, which will send notification of such filing to the parties listed below:

Sondra O. Bryson, Attorney for Plaintiff

                                                /s/ Bethany J. Hamilton
                                                BETHANY J. HAMILTON (0075139)
                                                Assistant United States Attorney
                                                Email: bethany.hamilton@usdoj.gov